WEBB *v.* RICE, 6 Hill, 219.

In S. Ct. 1 Hill, 606.

*Mortgage; Parol Evidence to Prove Deed a Mort-*
*gage.*

EJECTMENT. The defendants offered to prove by parol,
and without showing any written defeasance, that the deed
to the plaintiff was intended merely as a mortgage, and the
judge admitted the evidence. Declarations of the plaintiff
to that'effect were proved, and Moore the grantee, was exam-
ined as a witness, who proved that the deed was intended to
secure the plaintiff against an endorsement made for his ac-
commodation. Bill of exceptions. Verdict for defendants.

The Supreme Court held the evidence admissible, Bron-
son, J., *dissentiente.*

The Court of Errors *reversed* the judgment of the Su-
preme Court, holding that parol evidence was not admissible
in a court of law, to show that a deed, absolute on its face,
was intended as a *mortgage.* The question whether even
admissible in a court of equity, except on the ground of
fraud, mistake or surprise, was raised, but not decided.

Judgment *reversed,* 2 only voting for *affirmance.*